STATE OF NEW JERSEY v. VICTOR DEGROSS.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN MCGUIRE.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MALCOLM BROWN.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE SANTIAGO GONZALEZ.

April 28, 1987.

Petition for certification denied.